# Court of Appeals
# of the State of Georgia

ATLANTA,    March 06, 2014

*The Court of Appeals hereby passes the following order:*

**A13A2155.  CLAYTON COUNTY v. HUDSON et al.**

We granted the captioned interlocutory appeal to Clayton County to consider the trial court's order entered on May 2, 2013, denying the County's motion for summary judgment and denying in part the County's motions to exclude certain expert testimony.  Having considered the entire record on appeal, we dismiss the appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/06/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen    *, Clerk.*